PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS – MIDLAND/ODESSA DIVISION

FILED
OCT 0 8 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marco Tulio Ventura-Ortiz       Case Number: 7:14-CR-00079-001

Name of Sentencing Judicial Officer: Honorable Robert Junell, United States District Judge (M-14-1991-M)

Date of Original Sentence: May 16, 2014

Original Offense: Illegal Entry After Deportation

Original Sentence: Three years probation

Type of Supervision: Probation       Date Supervision Commenced: May 16, 2014

Assistant U.S. Attorney: Austin Berry       Defense Attorney: Richard Alvarado

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office." |
| 2 | "The defendant shall not commit another federal, state, or local crime."<br><br>On or about September 28, 2014, the defendant was arrested by agents of the United States Border Patrol in Hidalgo County, Texas. On September 30, 2014, a complaint was filed charging the defendant with Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), in the United States District Court, Southern District of Texas, McAllen Division, Case No. 7:14-po-05164. On September 30, 2014, the defendant was sentenced to 45 days confinement for Illegal Entry. |

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __1__ year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *[signature]* | *[signature]* |
| Oswaldo Hinojos | Lorena S. Toscano |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 686-4060 Ext. 2234 | Telephone: (432) 686-4060 Ext 2228 |
| | Date: 10/8/2014 |

lst

cc: Assistant U.S. Attorney, Midland, Texas

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

*[signature]*
ROBERT A. JUNELL
U.S. District Judge

10-8-14
Date